UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MCGLYNN,<br><br>         Plaintiff,<br><br>-against-<br><br>UNIVERSAL CREATIVE GROUP, INC.,<br><br>         Defendant. | Case No. 23-cv-11085 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record at yesterday's conference, the Court grants Plaintiff's motion for default judgment as to Defendant Universal Creative Group, Inc. The Court enters judgment against Defendant in the amount of $16,000 in statutory damages, $3,625 in attorney's fees, and $461 in costs.

  The Clerk of Court is respectfully directed to close this case.

Dated: June 27, 2024
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge